Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
T: 212-626-4100
F: 212-310-1600

*Attorneys for Plaintiff*
*THOIP (a Chorion Ltd. Co.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE    STEIN

| | |
|---|---|
| THOIP (a Chorion Limited Company), | Case No.   08  CV 000963 |
| Plaintiff, | |
| -against- | **COMPLAINT** |
| David and Goliath, Inc., | Jury Trial Demanded |
| Defendant. | |

Plaintiff THOIP (a Chorion Limited Company) ("THOIP"), by its attorneys Baker & McKenzie LLP, for its complaint against defendant David &  Goliath, Inc. ("DG Inc."), alleges as follows:

### NATURE OF THE ACTION

This is an action for preliminary and permanent injunctive relief and compensatory or statutory damages by reason of Defendant's intentional acts in first appropriating, copying, and then attempting to capitalize on THOIP's longstanding, well-known and beloved children's figures featured in the "MR. MEN and LITTLE MISS" storybooks and brand of products. Defendant has launched a line of products under the "LITTLE LOSERS" name and is selling other infringing products in the same retail outlets as Plaintiff that deliberately rip-off THOIP's carefully cultivated image in the MR. MEN and LITTLE MISS books and products.

In this matter, Plaintiff brings causes of action for copyright infringement, in violation of 17 U.S.C. §§ 101, *et seq*., trademark infringement in violation of 15 U.S.C. § 1114, trade dress infringement in violation of 15 U.S.C. § 1125(a), unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a), trademark dilution in violation of 15 U.S.C. § 1125(c), trademark infringement and unfair competition in violation of the common law of the state of New York, and trademark dilution in violation of New York General Business Law § 360-l.  Plaintiff seeks equitable relief and damages.

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121, and pursuant to 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

2.      This Court has personal jurisdiction over DG Inc.  DG Inc. sells its LITTLE LOSERS line of products in numerous retail outlets in this judicial district, including some of the same retail outlets that carry THOIP's MR. MEN and LITTLE MISS products.  DG Inc. has shipped infringing products to customers in New York.  DG Inc. has also advertised infringing products for purchase on an interactive retail website that can be reached from New York.

3.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) because DG Inc. is subject to personal jurisdiction in this district, and a substantial part of the events giving rise to THOIP's claims occurred in this district.

## THE PARTIES

4.        THOIP (a Chorion Limited Company) is a company incorporated under the laws of England & Wales under company number 01610133, and has a registered address and principal place of business at Aldwych House, 81 Aldwych 4th Floor, London, WC2B 4HN, United Kingdom.

5.        Defendant DAVID & GOLIATH, INC. is a Florida corporation with its principal place of business at 1230 South Myrtle Avenue, #401, Clearwater, Florida 33756.

## FACTS

**Plaintiff and its Copyrights and Trademarks**

6.        Roger Hargreaves ("Hargreaves") began writing and illustrating children's books featuring his original creations, the MR. MEN and LITTLE MISS characters, as early as 1971.

7.        The MR. MEN and LITTLE MISS characters are cartoon figures illustrated with common physical features such as the lack of a torso, and a rounded or geometric body/head with a singular characteristic assigned to the figure, *i.e.,* LITTLE MISS STUBBORN, a girl figure with a determined look on her face or MR. MISCHIEF, a boy figure with a goofy look on his face.  A schedule of the MR. MEN and LITTLE MISS characters' images and names is attached as <u>Exhibit 1.</u>   In addition, the characters are sometimes drawn in different positions when they are doing different actions.

8.        Over the past 3 ½  decades, the MR. MEN and LITTLE MISS books have become enormously popular worldwide, and in the United States, selling millions of copies. The books have been translated into multiple languages.

9.        Hargreaves' MR. MEN and LITTLE MISS storybooks, as well as the

books' stories, characters, images, names, and locations, have grown into a well known, popular and profitable brand, with loyalty among not only children who read the books, but people of all ages.

10.     As a result, the MR. MEN and LITTLE MISS copyrights, trademarks and the MR. MEN and LITTLE MISS characters are famous in the United States and around the world.

11.     THOIP owns the intellectual property related to the MR. MEN and LITTLE MISS characters, including 136 U.S. copyright registrations, a registered U.S. trademark, the inherently distinctive trade dress and common law trademark rights.  Copies of details of THOIP's United States copyright registrations are attached as Exhibit 2.

12.     The MR. MEN and LITTLE MISS trademark, U.S. Registration No. 2,233,157, is valid and subsisting and is incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

13.     A copy of THOIP's United States trademark registration as well as a current printout from the U.S. Patent and Trademark Office database evidencing the current goods, namely, "books for children" in International Class 16, covered under the registration are attached as Exhibit 3.

14.     THOIP possesses common law trademark rights throughout the United States in its MR. MEN and LITTLE MISS trademarks by virtue of its use of said mark in interstate commerce.

15.     THOIP possesses common law rights throughout the United States in its inherently distinctive trade dress for its characters on products in addition to the storybooks as described below as it has consistently used such trade dress in interstate commerce.

**Distribution of THOIP's Marks on Goods**

16.    In addition to the sale of millions of children's books worldwide, THOIP licenses the MR. MEN and LITTLE MISS characters to be used on a variety of products including, but not limited to, t-shirts, pajamas, shoes, office supplies, cosmetics, underwear, accessories, tote bags, slippers, pet clothing and jewelry.

17.    The MR. MEN and LITTLE MISS licensed products are sold at well known retailers including The Container Store, Urban Outfitters, Delia*s, Wal-Mart, Kohl's, J.C. Penny, Mervyn's, Sears, and Target.

18.    The MR. MEN and LITTLE MISS licensed products target a variety of consumer groups, including children, teenagers, and adults.

19.    For example, the LITTLE MISS GIGGLES character, among others, is licensed to be featured on products including, but not limited to, jewelry and underwear. Likewise, the LITTLE MISS NAUGHTY character is licensed to be featured on products including, but not limited to, dog clothing and socks. The MR. MESSY character is licensed to be featured on products including, but not limited to, lip balm.  Representative photos of some of Plaintiff's licensed products are attached as Exhibit 4.

20.    THOIP has a number of licensees producing t-shirts with the MR. MEN and LITTLE MISS characters including MR. HAPPY, LITTLE MISS BOSSY, LITTLE MISS SUNSHINE, MR. FUNNY and others, accompanied with the characters' names in fonts specific to the character or licensee. Photos of the licensees' t-shirts are attached as Exhibit 5.

21.    In each book and throughout the merchandising of the MR. MEN and LITTLE MISS products, the figures are laid out in a colorful grid spread out in rows on one page, so that the consumer may view the entire family of characters all together.

22.    In 2007, sales of legitimate licensed goods featuring the MR. MEN and LITTLE MISS marks amounted to millions of dollars.

23.    THOIP has also spent millions of dollars developing a television series featuring the MR. MEN and LITTLE MISS characters which will soon be broadcast in the United States, European Union, as well as other countries worldwide.

**Defendant's Infringements**

24.    Based on Plaintiff's research, Defendant DG Inc. has a history of appropriating the intellectual property of others without permission, often with little or no change to the property and using others' intellectual property to its own benefit and profit.

25.    Upon information and belief, DG Inc. released a line of merchandise called LITTLE LOSERS in 2007.

26.    Upon information and belief, the LITTLE LOSERS line consists of at least 25 t-shirts depicting characters drawn and named in a manner similar to the MR. MEN and LITTLE MISS characters, as well as infant's and children's clothing and other products depicting characters drawn and named in a manner substantially and confusingly similar to the MR. MEN and LITTLE MISS characters.

27.    The LITTLE LOSERS characters feature figures with a rounded body/head, no torso, and a singular personality trait displayed through the character.

28.    Many but not all of the LITTLE LOSERS characters push the envelope, use foul language, encourage infidelity, and espouse illegal drug use, including MR. SHITHEAD, MISS BITCH, MR. CHEATER and MR. STONER. Images of DG Inc. LITTLE LOSERS characters are attached as Exhibit 6.

29.    Other LITTLE LOSERS characters have names that are so close to the MR. MEN and LITTLE MISS characters, they could be lifted straight from the MR. MEN and LITTLE MISS books.  For example, where THOIP's characters include LITTLE MISS BOSSY, DG Inc. has now attempted to capitalize on THOIP's success by selling MISS KNOW IT ALL shirts with a character drawn nearly identically to LITTLE MISS BOSSY.  A comparison of certain of THOIP's characters and certain of DG Inc.'s similar and infringing characters is depicted below.

| THOIP's Character | DG Inc.'s Character |
|---|---|
| Little Miss Bossy | Miss Know It All |
| Little Miss Chatterbox | Miss Gossip Queen |
| Little Miss Sunshine | Miss Boobjob |



| THOIP's Character | DG Inc.'s Character |
|---|---|
| Mr Skinny | |
| | Miss B.J. |
| | Miss Miserable |
| Little Miss Stubborn | |
| Mr. Happy | |

| THOIP's Character | DG Inc.'s Character |
|---|---|
|  Mr. Impossible |  |
|  Little Miss Bad |  |
|  Little Miss Sunshine |  |
|  Mr Uppity |  |

30.      Upon information and belief, DG Inc. has recently expanded the LITTLE

LOSERS line into apparel for infants and children, featuring similarly drawn characters on items

such as baby "onesies" and children's t-shirts.



31.      As shown below, DG Inc.'s hang tag (#1 below) virtually copies the

layout of THOIP's MR. MEN and LITTLE MISS characters used on merchandise (#2  and #3

below):



#1



#2



#3

32.    Upon information and belief, DG Inc. targets its LITTLE LOSERS lines to the same groups of consumers that THOIP markets its MR. MEN and LITTLE MISS licensed products. The LITTLE LOSERS line intentionally attempts to confuse consumers and capitalize on THOIP's MR. MEN and LITTLE MISS characters.

33.    Upon information and belief, DG Inc. has offered its items for sale at the identical retailers to THOIP. For example, both DG Inc.'s LITTLE LOSERS t-shirts *and* THOIP's LITTLE MISS t-shirts are sold at a Urban Outfitters retail location in this district. A photo of Plaintiff's and Defendant's products as displayed at a local Urban Outfitters is attached as Exhibit 7.

**DG Inc.'s Refusal to Cease Selling Infringing Goods**

34.    THOIP wrote to DG Inc. via counsel, contending that the LITTLE LOSERS t-shirts infringed THOIP's intellectual property.

35.    DG Inc. counsel responded, *inter alia,* that the LITTLE LOSERS t-shirts did not infringe and they could "see no resemblance" between the products.

36.    THOIP responded, listing specific similarities between the characters, reiterating THOIP's intellectual property claims, and demanding that DG Inc. cease any further use of the infringing products.

37.     DG Inc. has refused to cease distributing the alleged infringing merchandise.

**DG Inc.'s Continued Willful Infringement of THOIP's Property**

38.     DG Inc. has continued to willfully make and distribute LITTLE LOSERS merchandise, and has continued to expand the brand by creating additional infringing characters beyond the 18 characters which THOIP initially opposed in writing to DG Inc.

39.     DG Inc.'s infringing LITTLE LOSERS products are still available on its website, and at retailers within this district, including Urban Outfitters, Yellow Rat Bastard, and Sloppy Joe Dirty Jane.

40.     DG Inc.'s infringing LITTLE LOSERS products have deprived and will continue to deprive THOIP of sales and profits it would otherwise receive but for DG Inc.'s infringing products, because of the substantial similarity and a high likelihood of confusion between the MR. MEN and LITTLE MISS merchandise and that of the LITTLE LOSERS products.

41.     DG Inc.'s infringing LITTLE LOSERS products have harmed and will continue to harm THOIP's brand equity and goodwill in the MR. MEN and LITTLE MISS characters, because of the substantial similarity and the high likelihood of consumer confusion regarding the origins of the MR. MEN and LITTLE MISS merchandise and that of the LITTLE LOSERS products.

42.     Upon information and belief, DG Inc.'s infringing LITTLE LOSERS products have harmed and will continue to harm THOIP's brand equity and goodwill in the MR. MEN and LITTLE MISS characters, because consumers will no longer think of THOIP as the exclusive origin of products or services bearing the MR. MEN and LITTLE MISS characters.

43.     DG Inc.'s infringing LITTLE LOSERS products have harmed and will continue to harm THOIP's brand equity and goodwill in the MR. MEN and LITTLE MISS characters, because consumers' concept of the MR. MEN and LITTLE MISS characters will be tarnished, blurred and diluted by the association with DG Inc.'s sexually explicit, negative, distasteful products which encourage illegal activity.

44.     Upon information and belief, DG Inc.'s unlawful and infringing actions will continue unless enjoined by this Court.

45.     As a result of the foregoing unlawful acts of DG Inc., THOIP is suffering irreparable harm for which it has no adequate remedy at law.

46.     Unless DG Inc. is restrained by the Court from continuing its improper conduct, these injuries will continue to occur.

**FIRST CLAIM FOR RELIEF:**
**COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. §§ 101 *et seq.***

47.     Plaintiff THOIP repeats and realleges the foregoing allegations in the complaint.

48.     THOIP's MR. MEN and LITTLE MISS characters are original works of visual art containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

49.     THOIP is, and for all times relevant to this complaint, has been, the sole owner of all rights, titles and interests in and to the copyrights to the MR. MEN and LITTLE MISS works.  Copies of details of the U.S. copyright registrations for these works are attached as Exhibit 2.

50.     THOIP has conveyed no copyright interest in any of the MR. MEN and LITTLE MISS copyrighted works to DG Inc.

51.     DG Inc. had access to THOIP's MR. MEN and LITTLE MISS copyrighted works because of their worldwide distribution.

52.     DG Inc. incorporated the original creative expression of the copyrighted MR. MEN and LITTLE MISS works into the infringing LITTLE LOSERS products.

53.     As a result of DG Inc.'s infringement of THOIP's copyright, the infringing LITTLE LOSERS characters are substantially similar to THOIP's copyrighted MR. MEN and LITTLE MISS works.

54.     DG Inc. has designed, manufactured, or caused to be manufactured, imported, or caused to be imported, distributed, or caused to be distributed and/or sold the infringing LITTLE LOSERS without authority or consent from THOIP, as alleged above, thereby infringing THOIP's exclusive rights under copyright in violation of Section 501 of the Copyright Act, 17 U.S.C. § 501.

55.     DG Inc., with knowledge of THOIP's ownership of the copyrights in the MR. MEN and LITTLE MISS works, knowingly and willfully infringed THOIP's rights by producing, promoting, distributing, and otherwise exploiting the infringing LITTLE LOSERS products.

56.     DG Inc. has profited from producing, promoting, distributing, and otherwise exploiting the infringing LITTLE LOSERS products.

57.     DG Inc.'s copyright infringement has caused, and will continue to cause, THOIP to suffer injuries, loss, and damage to its proprietary and exclusive rights to, and copyrights in the MR. MEN and LITTLE MISS works, and further, has damaged THOIP's business reputation and goodwill, diverted its trade, and caused a loss of profits, all in an amount not yet ascertained.

58.     DG Inc.'s copyright infringement, and the threat of continuing copyright infringement, has caused, and will continue to cause, THOIP repeated and irreparable injury. THOIP has been and will continue to be irreparably harmed unless DG Inc. is enjoined from its unlawful conduct.

59.     THOIP has no adequate remedy at law. Therefore, DG Inc. should be restrained and enjoined pursuant to the Copyright Act, 17 U.S.C. Sections 101, *et seq.*

60.     In addition, pursuant to the Copyright Act, 17 U.S.C. Sections 101, *et seq.*, THOIP is entitled to recover from DG Inc. costs, attorneys fees, and at THOIP's option, either all of THOIP's actual damages plus all profits obtained by DG Inc. as a result of its infringing acts alleged above in an amount not yet known, or statutory damages.

## SECOND CLAIM FOR RELIEF:
## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

61.     Plaintiff THOIP repeats and realleges the foregoing allegations of the complaint.

62.     THOIP has marketed, advertised, and promoted the MR. MEN and LITTLE MISS products under its registered trademark, and as a result of this marketing, advertising and promotion, THOIP's trademark has come to mean and is understood to signify THOIP's products, and is the means by which THOIP's products are distinguished from those of others in the same and related fields.

63.     Because of the long, continuous, and exclusive use of the MR. MEN and LITTLE MISS mark, the registered MR. MEN and LITTLE MISS trademark is fanciful and has come to signify the MR. MEN and LITTLE MISS mark in the public's mind as deriving from a single source.

64.     As alleged herein, DG Inc.'s activities constitute use in interstate commerce of copies, variations, simulations, and colorable imitations of THOIP's MR. MEN and LITTLE MISS trademark.

65.     DG Inc.'s activities are likely to cause consumer confusion, mistake, or deception and are likely to cause consumers and the public to believe that THOIP is the source of the LITTLE LOSERS products, or that THOIP has sponsored, authorized or licensed the infringing LITTLE LOSERS products for sale in the United States.

66.     DG Inc.'s activities are likely to lead the public to conclude, incorrectly, that the products, which are or have been distributed and sold by DG Inc., originate with, are sponsored by, or are authorized by THOIP, which has and will continue to damage THOIP and the public.

67.     DG Inc.'s activities constitute willful and deliberate infringement of THOIP's registered MR. MEN and LITTLE MISS trademark in violation of 15 U.S.C. § 1114.

68.     DG Inc.'s infringing actions will continue unless enjoined by the Court.

69.     THOIP has no adequate remedy at law, and has suffered and will suffer irreparable harm to its business, reputation, and goodwill unless DG Inc.'s unlawful conduct is enjoined by this Court.

70.     In light of the foregoing, THOIP is entitled to a preliminary and permanent injunction prohibiting DG Inc. from selling or distributing the infringing LITTLE LOSERS products.

71.     THOIP is also entitled to recover from DG Inc. all damages that THOIP has and will sustain, and all gains, profits, and advantages obtained by DG Inc. as a result of its infringing acts alleged above in an amount not yet known, the lost goodwill to THOIP's MR.

MEN and LITTLE MISS trademark and brand equity in that mark, and the costs of this action pursuant to 15 U.S.C. § 1117(a), enhanced damages, or, at THOIP's option, statutory damages pursuant to 15 U.S.C. § 1117(c).

### THIRD CLAIM FOR RELIEF:
### TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(A)

72.     Plaintiff THOIP repeats and realleges the foregoing allegations of the complaint.

73.     THOIP utilizes inherently distinctive trade dress in conjunction with its MR. MEN and LITTLE MISS t-shirts, books, and other merchandise, as well as the identification cards.

74.     DG Inc. adopted the trade dress of its LITTLE LOSERS t-shirts and their identification cards with knowledge of the trade dress of THOIP's MR. MEN and LITTLE MISS t-shirts, books, and other merchandise, as well as the identification cards.

75.     DG Inc. deceptively used, and continues to use, confusingly similar trade dress to THOIP's trade dress, which is likely to cause confusion, mistake, and deception as to DG Inc.'s association, affiliation, or connection with THOIP.

76.     DG Inc.'s acts are calculated to deceive, or are likely to deceive, the public, which recognizes and associates the MR. MEN and LITTLE MISS trade dress with THOIP. Moreover, this conduct is likely to cause confusion, mistake, and deception as to the source of DG Inc.'s products, or as to a possible association, affiliation, or connection with THOIP.

77.     DG Inc.'s infringing actions will continue unless enjoined by the Court.

78.     THOIP has no adequate remedy at law, and has suffered and will suffer irreparable harm to its business, reputation, and goodwill unless DG Inc.'s unlawful conduct is enjoined by this Court.

79.     In light of the foregoing, THOIP is entitled to a preliminary and permanent injunction prohibiting DG Inc. from selling or distributing the infringing LITTLE LOSERS products, and to recover from DG Inc. all damages that THOIP has and will sustain, and all gains, profits, and advantages obtained by DG Inc. as a result of its infringing acts alleged above in an amount not yet known, the lost goodwill to THOIP's MR. MEN and LITTLE MISS trademark and character marks and brand equity in those marks, and the costs of this action pursuant to 15 U.S.C. § 1117(a) or, at THOIP's option, statutory damages pursuant to 15 U.S.C. § 1117(c).

80.     As this is an exceptional case given DG Inc.'s willful acts, pursuant to 15 U.S.C. § 1117(a), THOIP is further entitled to three times the amount of the above profits or damages, whichever is greater, and attorney's fees, costs, or at THOIP's election, enhanced statutory damages pursuant to 15 U.S.C. § 1117(c).

### FOURTH CLAIM FOR RELIEF:
### UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN
### UNDER 15 U.S.C. § 1125(A)

81.     Plaintiff THOIP repeats and realleges the foregoing allegations of the complaint.

82.     THOIP utilizes the inherently distinctive MR. MEN and LITTLE MISS characters as common law trademarks which identify THOIP's goods to the public.

83.     DG Inc.'s use of the MR. MEN and LITTLE MISS characters, and the resulting distribution and sale of the LITTLE LOSERS products constitutes false designation of origin in violation of Section 43(a)(1) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

84.     In addition, it is a false and misleading description and representation of fact which is likely to cause confusion or mistake, or to deceive the relevant purchasing public as to the origin or sponsorship of the LITTLE LOSERS products.

85.     DG Inc.'s infringing actions will continue unless enjoined by the Court.

86.     THOIP has no adequate remedy at law, and has suffered and will suffer irreparable harm to its business, reputation, and goodwill unless DG Inc.'s unlawful conduct is enjoined by this Court.

87.     In light of the foregoing, THOIP is entitled to a preliminary and permanent injunction prohibiting DG Inc. from selling or distributing the infringing LITTLE LOSERS products, and to recover from DG Inc. all damages that THOIP has and will sustain, and all gains, profits, and advantages obtained by DG Inc. as a result of its infringing acts alleged above in an amount not yet known, the lost goodwill to THOIP's MR. MEN and LITTLE MISS trademark, common law character marks, and brand equity in those marks, and the costs of this action pursuant to 15 U.S.C. § 1117(a) or, at THOIP's option, statutory damages pursuant to 15 U.S.C. § 1117(c).

88.     As this is an exceptional case given DG Inc.'s willful acts, pursuant to 15 U.S.C. § 1117(a), THOIP is further entitled to three times the amount of the above profits or damages, whichever is greater, and attorney's fees, costs, or at THOIP's election, enhanced statutory damages pursuant to 15 U.S.C. § 1117(c).

## FIFTH CLAIM FOR RELIEF:
## TRADEMARK DILUTION UNDER 15 U.S.C. § 1125(C)

89.    Plaintiff THOIP repeats and realleges the foregoing allegations of the complaint.

90.    THOIP's MR. MEN and LITTLE MISS marks are famous within the meaning of 15 U.S.C. § 1125(c) because of the long, continuous, and exclusive use of both THOIP's common law and registered MR. MEN and LITTLE MISS trademarks.

91.    THOIP's MR. MEN and LITTLE MISS marks acquired their fame prior to DG Inc.'s use of the infringing marks and works which constitute the LITTLE LOSERS merchandise.

92.    DG Inc.'s distribution and sale of the infringing LITTLE LOSERS merchandise is likely to dilute and has diluted the distinctive quality of THOIP's MR. MEN and LITTLE MISS marks by blurring and tarnishing the trademarks' ability to act as a distinctive identifier of source or origin, and by circumventing THOIP's efforts to maintain the integrity of the products with which their trademarks are associated, and has, among other things, reduced the selling power of THOIP's marks and diminished its ability to serve as a source and product identifier.

93.    DG Inc.'s distribution and sale of the infringing LITTLE LOSERS merchandise is likely to dilute and has diluted the distinctive quality of THOIP's MR. MEN and LITTLE MISS marks by blurring and tarnishing the reputation of THOIP's marks by associating them with criminal, distasteful, and unethical behavior.

94.    DG Inc.'s acts have been willful and in disregard of THOIP's rights. DG Inc. knew or should have known that their actions constituted trademark dilution, or they proceeded in disregard of THOIP's rights.

95.    As a direct and proximate result of DG Inc.'s willful and wanton dilution of THOIP's marks and misconduct, THOIP's business reputation, the goodwill associated with the MR. MEN and LITTLE MISS marks, and the favorable associations that consumers and the public make with the marks have been impaired and diminished, and the MR. MEN and LITTLE MISS marks have been and are likely to be diluted.

96.    DG Inc.'s acts have caused THOIP irreparable harm for which it has no adequate remedy at law.

97.    THOIP is entitled to a preliminary and permanent injunction prohibiting DG Inc. from using the MR. MEN and LITTLE MISS marks, or any mark confusingly similar thereto, including but not limited to the LITTLE LOSERS marks; to recover from DG Inc. all damages that THOIP has sustained and will sustain, and all gains, profits, and advantages that DG Inc. has obtained as a result of the foregoing infringing actions.

98.    As this is an exceptional case given DG Inc.'s willful acts, pursuant to 15 U.S.C. § 1117(a), THOIP is further entitled to three times the amount of the above profits or damages, whichever is greater, and attorney's fees, costs, or at THOIP's election, enhanced statutory damages pursuant to 15 U.S.C. § 1117(c).

### SIXTH  CLAIM FOR RELIEF: <br> COMMON LAW TRADEMARK INFRINGEMENT <br> AND UNFAIR COMPETITION

99. Plaintiff THOIP repeats and realleges the foregoing allegations of the complaint.

100.    THOIP possesses common law rights in the MR. MEN and LITTLE MISS characters, which are inherently distinctive and act as common law trademarks signifying THOIP's goods.

101.    DG Inc.'s adoption and use of the LITTLE LOSERS mark constitutes

trademark infringement and unfair competition in violation of the common law of the State of New York.

102.     DG Inc.'s activities are designed with the intent to mislead and/or deceive the public into believing that DG Inc. is affiliated with, authorized, endorsed, sponsored, and/or sanctioned by THOIP, or is connected or associated in some way with THOIP, which it is not.

103.     DG Inc.'s acts complained of herein have damaged THOIP, and will, unless restrained, further impair if not destroy, the value of the MR. MEN and LITTLE MISS marks and the goodwill associated therewith.

104.     DG Inc. has engaged and continues to engage in this activity knowingly and willfully.

105.     DG Inc.'s acts of common law trademark infringement and unfair competition, unless enjoined by this Court, will continue to cause THOIP to sustain irreparable damage, loss and injury for which THOIP has no adequate remedy at law.

106.     As a result of the foregoing, THOIP is entitled to recover from DG Inc. all damages that THOIP has and will sustain, and all gains, profits, and advantages obtained by DG Inc. as a result of its infringing acts alleged above in an amount not yet known, the lost goodwill to THOIP's MR. MEN and LITTLE MISS trademark, common law trademarks in the Mr. MEN and LITTLE MISS characters, and brand equity in those mark, and the costs of this action.

**SEVENTH CLAIM FOR RELIEF:**
**TRADEMARK DILUTION UNDER N.Y. GEN. BUS. LAW § 360-L**

107.     Plaintiff THOIP repeats and realleges the foregoing allegations of the complaint.

108.     THOIP's marks are distinctive.

109.     DG Inc.'s distribution and sale of the infringing LITTLE LOSERS

merchandise is likely to dilute the distinctive quality of THOIP's marks, and has, among other things, reduced the selling power of THOIP's marks and diminished its ability to serve as a source and product identifier.

110.    DG Inc.'s conduct described above constitutes, among other things, trademark dilution in violation of Section 360-l of the New York General Business Law.

111.    As a direct and proximate result of DG Inc.'s willful and wanton dilution of THOIP's marks and misconduct, THOIP's business reputation, the goodwill associated with THOIP's marks, and the favorable associations that consumers and the public make with the marks have been impaired and diminished, and THOIP's marks have been and are likely to be diluted.

112.    DG Inc.'s acts have caused THOIP irreparable harm for which it has no adequate remedy at law.

113.    As a result of the foregoing, THOIP is entitled to an injunction and to recover from DG Inc. all damages that THOIP has and will sustain, and all gains, profits, and advantages obtained by DG Inc. as a result of its infringing acts alleged above in an amount not yet known, the lost goodwill to THOIP's MR. MEN and LITTLE MISS marks and brand equity in those mark, and the costs of this action.

## **PRAYER FOR RELIEF**

WHEREFORE, THOIP respectfully requests that judgment be entered:

A.    Preliminarily and permanently enjoining DG Inc., its affiliates, subsidiaries, parents and their respective officers, agents, servants and employees, and all persons in active concert or participation with them, and mandating that DG Inc. forever cease and desist in the future, anywhere in the world:

     i.     from further trademark infringement, trade dress infringement, false designation of origin, dilution and unfair competition with respect to the MR. MEN and LITTLE MISS marks pursuant to the Lanham Act, 15 U.S.C. §1051 *et seq.* or otherwise;

     ii.     from further copyright infringement with respect to the MR. MEN and LITTLE MISS copyrights pursuant to the Copyright Act, 17 U.S.C. §101 *et seq.* or otherwise;  and

     iii.     from attempting, causing, or assisting any of the above-described acts, including but not limited to, enabling others to conduct the infringement scheme for them, or by passing along information to others to allow them to manufacture, distribute, sell or offer for sale products that infringe the MR. MEN and LITTLE MISS marks, including LITTLE LOSERS; and

B.     Directing the Defendant to pay to Plaintiff actual damages, additional profits and the costs of this action under 15 U.S.C. §1117(a) or otherwise;

C.     Directing the Defendant to pay to Plaintiff actual damages, additional profits and the costs of this action under the Copyright Act 17 U.S.C. § 101 et. seq.;

D.     Entering judgment that Defendant's trademark and copyright infringement have been willful;

E.     Awarding Plaintiff enhanced damages, actual damages, Defendant's profits, or in the alternative statutory damages under 15 U.S.C. § 1117(c);

F.     Awarding Plaintiff damages for the loss of brand equity in the goodwill of its MR. MEN and LITTLE MISS marks;

G.        Awarding Plaintiff statutory damages under the Copyright Act pursuant to 17

U.S.C. § 504(c);

H.        Ordering that all infringing products be recalled, impounded and destroyed under

the Trademark and Copyright Acts;

I.        Awarding Plaintiff damages, punitive or enhanced damages and an injunction

under New York common law and statutory law;

J.        Awarding Plaintiff its reasonable attorneys' fees and costs; and

K.        Awarding such other relief as the Court deems just and proper.

## JURY DEMAND

THOIP demands a trial by jury of all claims.


Dated: New York, New York.                    BAKER & MCKENZIE LLP
      January 29, 2008

By:_____
Marcella Ballard
1114 Avenue of the Americas
New York, NY  10036
(T) 212 626 4100
(F) 212 310 1600

*Attorneys for Plaintiff*
*THOIP (a Chorion Limited company)*

Exhibit 1

Little Miss Bossy
Little Miss Naughty
Little Miss Neat
Little Miss Sunshine
Little Miss Tiny
Little Miss Trouble
Little Miss Giggles
Little Miss Helpful

Little Miss Magic
Little Miss Shy
Little Miss Splendid
Little Miss Twins
Little Miss Chatterbox
Little Miss Dotty
Little Miss Late
Little Miss Lucky

Little Miss Scatterbrain
Little Miss Star
Little Miss Busy
Little Miss Quick
Little Miss Wise
Little Miss Tidy
Little Miss Greedy
Little Miss Fickle

Little Miss Brainy
Little Miss Stubborn
Little Miss Curious
Little Miss Fun
Little Miss Contrary
Mr Good
Mr Rude

Little Miss Somersault
Little Miss Scary
Little Miss Bad
Little Miss Whoops
Mr Grumble
Mr Perfect
Mr Cheerful
Mr Cool

Mr Tickle
Mr Greedy
Mr Happy
Mr Nosey
Mr Sneeze
Mr Bump
Mr Snow
Mr Messy
Mr Topsy-Turvy
Mr Silly

Mr Uppity
Mr Small
Mr Daydream
Mr Forgetful
Mr Jelly
Mr Noisy
Mr Lazy
Mr Funny
Mr Mean
Mr Chatterbox

Mr Fussy
Mr Bounce
Mr Muddle
Mr Dizzy
Mr Impossible
Mr Strong
Mr Grumpy
Mr Clumsy
Mr Quiet
Mr Rush

Mr Tall
Mr Worry
Mr Nonsense
Mr Wrong
Mr Skinny
Mr Mischief
Mr Clever
Mr Busy
Mr Slow
Mr Brave

Exhibit 2

```
Type of Work:        Visual Material

Registration Number / Date:
                     TX0001363624 / 1984-06-22

Title:               At home : paint with water / by Roger Hargreaves.

Imprint:             LosAngeles : Price/Stern/Sloan,  c1984.

Description:         1 v.

Series:              Mister Men & Little Miss

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-06-12

Other Title:         Mister Men & Little Miss

Names:               Hargreaves, Roger

=====================================================================
=========
Type of Work:        Text

Registration Number / Date:
                     TX0001370575 / 1984-06-22

Title:               Going places, paint with water / by Roger
Hargreaves.

Imprint:             LosAngeles : Price/Stern/Sloan,  c1984.

Description:         1 v.

Series:              Mister Men & Little Miss

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-06-12

Names:               Hargreaves, Roger

=====================================================================
=============
Type of Work:        Text

Registration Number / Date:
```

```
                          TX0000903386 / 1981-11-02

Title:               Little Miss Bossy / by Roger Hargreaves.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                     1981-07-30

Authorship on Application:
                     textual revisions & additions for American audience:
                       Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                     audience."

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

===================================================================
=========

Type of Work:      Text

Registration Number / Date:
                     TX0003832844 / 1994-02-23

Title:               Little Miss Giggles : a pop-up adventure / by Roger
                       Hargreaves ; designed by Chuck Murphy ;
illustrated by
                     Adam Hargreaves.

Description:         1 v.

Copyright Claimant:
                     on text & ill.; Intervisual Books, Inc. (employer
for hire
                       of R. & A. Hargreaves)

Date of Creation:  1993

Date of Publication:
                     1993-07-11

Names:               Hargreaves, Roger
                     Murphy, Chuck
                     Hargreaves, Adam
                     Intervisual Books, Inc.

===================================================================
=========
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0000841572 / 1981-11-02

Title:               Little Miss Helpful / by Roger Hargreaves.

Description:         1 v.

Series:              Little Miss books

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1981

Date of Publication:
                     1981-07-30

Authorship on Application:
                     textual revisions & additions for American audience:
                         Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                     British material prev. pub. in United Kingdom.

Basis of Claim:      New Matter: "textual revisions & additions for
American
                         audience."

ISBN:                0843108975

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000903387 / 1981-11-02

Title:               Little Miss Late / by Roger Hargreaves.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1981

Date of Publication:
                     1981-07-30

Authorship on Application:
```

```
                          textual revisions & additions for American audience:
                             Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:     New Matter: "textual revisions & additions for
American
                          audience."

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0003618675 / 1994-02-23

Title:              Little Miss Naughty : a pop-up adventure / by Roger
                       Hargreaves ; designed by Jon Z. Haber ;
illustrated by
                       Adam Hargreaves.

Imprint:            Los Angeles : Price Stern Sloan,  c1993.

Description:        1 v.

Copyright Claimant:
                    on entire text & ill.; Intervisual Books, Inc.
(employer
                       for hire of R. & A. Hargreaves)

Date of Creation:   1993

Date of Publication:
                    1993-07-11

Names:              Hargreaves, Roger
                    Haber, Jon Z.
                    Hargreaves, Adam
                    Intervisual Books, Inc.

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000903391 / 1981-11-02

Title:              Little Miss Naughty / by Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves
```

```
Date of Creation:  1981

Date of Publication:
                    1981-07-30

Authorship on Application:
                    textual revisions & additions for American audience:
                        Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                    audience."

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:      Text

Registration Number / Date:
                    TX0000814644 / 1981-11-02

Title:             Little Miss Neat / by Roger Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan,  c1981.

Description:       1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-07-30

Authorship on Application:
                    Americanization of text: Ottenheimer Publishers,
Inc.,
                        employer for hire.

Previous Registration:
                    Prev. pub. in U. K.

Basis of Claim:    New Matter: "Americanization of text."

ISBN:              0843108940

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:      Text
```

```
Registration Number / Date:
                    TX0000903388 / 1981-11-02

Title:              Little Miss Plump / by Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1981

Date of Publication:
                    1981-07-30

Authorship on Application:
                    textual revisions & additions for American audience:
                       Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:     New Matter: "textual revisions & additions for
American
                       audience."

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:       Motion Picture

Registration Number / Date:
                    PA0000239701 / 1985-03-12

Title:              Little Miss / produced and directed by Trevor Bond
and
                       Terry [L.] Ward.

Imprint:            London : Mister Films,  1983.

Description:        13 film reels (97 min.) : sd., col. ; 16 mm.

Notes:              Animated.
                    Based on the cartoon books by Roger Hargreaves.

Credits:            Made by Mister Films, Ltd.; music & lyrics: Richard
Everett
                       & David Cooke.

Copyright Claimant:
                    Mister Films, Ltd.

Date of Creation:   1983

Date of Publication:
                    1983-02-14
```

```
Authorship on Application:
                      Mister Films Ltd., employer for hire.

Basis of Claim:    New Matter: "animated motion picture version."

Names:             Bond, Trevor
                   Ward, Terry L.
                   Hargreaves, Roger
                   Ward, T. L.
                   Mister Films, Ltd.

====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000903389 / 1981-11-02

Title:             Little Miss Scatterbrain / by Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-07-30

Authorship on Application:
                   textual revisions & additions for American audience:
                      Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                      audience."

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000903392 / 1981-11-02

Title:             Little Miss Shy / by Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves
```

Date of Creation:  1981

Date of Publication:
                    1981-07-30

Authorship on Application:
                    textual revisions & additions for American audience:
                       Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:   New Matter: "textual revisions & additions for
American
                       audience."

Names:            Hargreaves, Roger
                  Ottenheimer Publishers, Inc.

==================================================================
=========

Type of Work:     Text

Registration Number / Date:
                  TX0000903385 / 1981-11-02

Title:            Little Miss Splendid / by Roger Hargreaves.

Description:      1 v.

Copyright Claimant:
                  Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-07-30

Authorship on Application:
                    textual revisions & additions for American audience:
                       Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:   New Matter: "textual revisions & additions for
American
                       audience."

Names:            Hargreaves, Roger
                  Ottenheimer Publishers, Inc.

==================================================================
=========

Type of Work:     Text

Registration Number / Date:
                  TX0000841571 / 1981-11-02

Title:            Little Miss Sunshine / by Roger Hargreaves.

```
Description:       1 v.

Series:            Little Miss books

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-07-30

Authorship on Application:
                   textual revisions & additions for American audience:
                      Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                   British material prev. pub. in United Kingdom.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                      audience."

ISBN:              0843108991

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

===================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000903390 / 1981-11-02

Title:             Little Miss Tiny / by Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-07-30

Authorship on Application:
                   textual revisions & additions for American audience:
                      Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                      audience."
```

```
Names:                  Hargreaves, Roger
                        Ottenheimer Publishers, Inc.

====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                        TX0000903384 / 1981-11-02

Title:                  Little Miss Trouble / by Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                        Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                        1981-07-30

Authorship on Application:
                        textual revisions & additions for American audience:
                            Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                        audience."

Names:             Hargreaves, Roger
                        Ottenheimer Publishers, Inc.

====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                        TX0000511390 / 1980-05-06

Title:                  Mister Bounce / by Roger Hargreaves.

Imprint:            [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                        in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:        32 p.

Copyright Claimant:
                        Roger Hargreaves

Date of Creation:  1980

Date of Publication:
```

                        1980-03-28

Authorship on Application:
                        Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                        British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:                    0843108096

Names:                  Hargreaves, Roger
                        Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                        TX0000968483 / 1982-01-20

Title:                  Mister Bounce's dot-to-dot / by Roger Hargreaves.

Imprint:                LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:        1 v.

Copyright Claimant:
                        Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                        1981-12-17

Authorship on Application:
                        Ottenheimer Publishers, Inc., employer for hire.

Names:                  Hargreaves, Roger
                        Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                        TX0000830968 / 1982-01-12

Title:                  Mister Bounce's numbers.

Imprint:                LosAngeles : Price/Stern/Sloan,  c1981.

```
Description:          1 v.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                      1981-06-25

Authorship on Application:
                      Ottenheimer Publishers, Inc., employer for hire.

ISBN:                 0843108738

Names:                Hargreaves, Roger
                      Ottenheimer Publishers, Inc.

====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                      TX0000511398 / 1980-05-06

Title:                Mister Bump / by Roger Hargreaves.

Imprint:              [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                        in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:          32 p.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                      1980-03-28

Authorship on Application:
                      Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                      British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:                 0843108142
```

```
Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:       Visual Material

Registration Number / Date:
                    TX0000968482 / 1982-01-20

Title:              Mister Bump's brainteasers / by Roger Hargreaves.

Imprint:            LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:        48 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-12-17

Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000511392 / 1980-05-06

Title:              Mister Chatterbox / by Roger Hargreaves.

Imprint:            [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                      in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:        32 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                    1980-03-28

Authorship on Application:
```

```
                         Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                     Preexisting material: British material.

Basis of Claim:      New Matter: "Americanization of text, reduction from
                         thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:      C.O. correspondence.

ISBN:                0843108088

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:    Text

Registration Number / Date:
                     TX0000830971 / 1982-01-12

Title:           Mister Chatterbox's words.

Imprint:         LosAngeles : Price/Stern/Sloan,  c1981.

Description:     1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                     1981-06-25

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

ISBN:                0843108703

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:    Text

Registration Number / Date:
                     TX0000511394 / 1980-05-06

Title:           Mister Clumsy / by Roger Hargreaves.

Imprint:         [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
```

                              in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:          32 p.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation: 1980

Date of Publication:
                     1980-03-28

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                     British material prev. printed in the United
Kingdom.

Basis of Claim:   New Matter: "Americanization of text, reduction from
                     thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:   C.O. correspondence.

ISBN:             0843108010

Names:            Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:     Text

Registration Number / Date:
                     TX0000511396 / 1980-05-06

Title:            Mister Forgetful / by Roger Hargreaves.

Imprint:          [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                       in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:      32 p.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation: 1980

Date of Publication:
                     1980-03-28

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

```
Previous Registration:
                   British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                       thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:              0843108053

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                   TX0000968478 / 1982-03-23

Title:             Mister Forgetful learns a lesson : a book to read
and color
                       / by Roger Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-12-08

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000903378 / 1982-01-27

Title:             Mister Funny / by Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
```

Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-12-11

Authorship on Application:
                    textual revisions & additions for American audience:
                        Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for American
                        audience."

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

================================================================================

Type of Work:      Text

Registration Number / Date:
                    TX0000511393 / 1980-05-06

Title:             Mister Fussy / by Roger Hargreaves.

Imprint:           [s.l.] : Ottenheimer Publishers ; LosAngeles : distributed
                        in the U. S. A. by Price/Stern/Sloan Publishers, c1980.

Description:       32 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                    1980-03-28

Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                    British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:              084310807X

Names:             Hargreaves, Roger

```
                         Ottenheimer Publishers, Inc.

======================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000511403 / 1980-05-06

Title:               Mister Greedy / by Roger Hargreaves.

Imprint:             [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                        in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:         32 p.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                     1980-03-28

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                     British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                     thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:              0843108177

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

======================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000511402 / 1980-05-06

Title:               Mister Grumpy / by Roger Hargreaves.

Imprint:             [s.l.] : Ottenheimer Publishers,  c1980.

Description:         32 p.
```

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                      1980-03-28

Authorship on Application:
                      Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                      Preexisting material: British material.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                      thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=======================================================================
=========

Type of Work:      Text

Registration Number / Date:
                      TX0000511404 / 1980-05-06

Title:             Mister Happy / by Roger Hargreaves.

Imprint:           [s.l.] : Ottenheimer Publishers,  c1980.

Description:       32 p.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                      1980-03-28

Authorship on Application:
                      Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                      British material prev. printed in the United
Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                      thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

Names:             Hargreaves, Roger

                    Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:        Visual Material

Registration Number / Date:
                     TX0000928576 / 1982-05-10

Title:               Mister Happy goes to school : a coloring storybook /
by
                     Roger Hargreaves.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1981

Date of Publication:
                     1981-12-22

Authorship on Application:
                     Allan Publishers, Inc., employer for hire.

Names:               Hargreaves, Roger
                     Allan Publishers, Inc.

================================================================
=========

Type of Work:        Visual Material

Registration Number / Date:
                     TX0000968480 / 1982-03-23

Title:               Mister Happy takes a vacation : a book to read and
color /
                     by Roger Hargreaves.

Imprint:             LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1981

Date of Publication:
                     1981-12-08

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

```
Names:                  Hargreaves, Roger
                        Ottenheimer Publishers, Inc.

=======================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000830967 / 1982-01-12

Title:             Mister Happy's A B C's.

Imprint:           LosAngeles : Price/Stern/Sloan,  c1981.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-06-25

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.

ISBN:              0843108746

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=======================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                   TX0000968481 / 1982-01-20

Title:             Mister Happy's dot-to-dot / by Roger Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-12-17

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.
```

```
Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                    TX0000968484 / 1982-01-20

Title:             Mister Impossible's maze book / by Roger Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:       47 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-12-17

Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:      Text

Registration Number / Date:
                    TX0000511401 / 1980-05-06

Title:             Mister Lazy / by Roger Hargreaves.

Imprint:           [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                        in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:       32 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                    1980-03-28
```

Authorship on Application:
                        Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                        British material prev. pub. in the United Kingdom.

Basis of Claim:     New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:     C.O. correspondence.

ISBN:               0843108061

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:       Kit

Registration Number / Date:
                    PA0000203146 / 1983-11-08

Application Title: Mister Men/Little Miss stories.

Title:              Mister Men & Little Miss stories / story annd
artwork Roger
                        Hargreaves ; sound adaptation Bill Leech ;
produced and
                        distributed by Society for Visual Education, Inc.

Imprint:            Chicago : SVE, c1983.

Description:        1 kit.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1983

Date of Publication:
                    1983-09-02

Authorship on Application:
                    text & artwork: Roger Hargreaves, employer for hire;
                        adapted sound: Society for Visual Education,
Inc.,
                    employer for hire.

Basis of Claim:     New Matter: "text, artwork, adapted sound."

Names:              Hargreaves, Roger
                    Leech, Bill
                    Society for Visual Education, Inc.

```
=====================================================================
=========
```

Type of Work:        Visual Material

Registration Number / Date:
                     TX0001393758 / 1984-06-22

Title:               Mister Men and Little Miss school days : paint with
water.

Notes:               Cataloged from appl. only.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-06-12

Authorship on Application:
                     text and ill.: Roger Hargreaves.

Copyright Note:    C.O. correspondence.

Variant title:     Mister Men and Little Miss school days : paint with
water.

Names:             Hargreaves, Roger

```
=====================================================================
=========
```

Type of Work:        Text

Registration Number / Date:
                     TX0000511399 / 1980-05-06

Title:               Mister Messy / by Roger Hargreaves.

Imprint:             [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                       in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:         32 p.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                     1980-03-28

Authorship on Application:

Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
thirty-six (36) to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:              0843108126

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                   TX0000968471 / 1982-03-23

Title:             Mister Messy has a party : a book to read and color
/ by
                       Roger Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                   1981-12-08

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000511400 / 1980-05-06

Title:             Mister Mischief / by Roger Hargreaves.

Imprint:           [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed

                              in the U. S. A. by Price/Stern/Sloan Publishers, c1980.

Description:          32 p.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                      1980-03-28

Authorship on Application:
                      Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                      British material prev. pub. in the United Kingdom.

Basis of Claim:       New Matter: "Americanization of text, reduction from
                          thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:       C.O. correspondence.

ISBN:                 0843108029

Names:                Hargreaves, Roger
                      Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                      TX0000968472 / 1982-03-23

Title:              Mister Mischief's marvelous crossword puzzles / by Roger
                          Hargreaves.

Imprint:            LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:        48 p.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                      1981-12-03

Authorship on Application:
                      Ottenheimer Publishers, Inc., employer for hire.

Names:              Hargreaves, Roger

                    Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000511405 / 1980-05-06

Title:               Mister Noisy / by Roger Hargreaves.

Imprint:             [s.l.] : Ottenheimer Publishers,  c1980.

Description:         32 p.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1980

Date of Publication:
                     1980-03-28

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                     British material prev. pub. in the United Kingdom.

Basis of Claim:      New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:      C.O. correspondence.

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:        Visual Material

Registration Number / Date:
                     TX0000968473 / 1982-03-23

Title:               Mister Noisy goes to the library : a book to read
and color
                     / by Roger Hargreaves.

Imprint:             LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

```
Date of Creation:  1981

Date of Publication:
                   1981-12-08

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:    Text

Registration Number / Date:
                   TX0000511389 / 1980-05-06

Title:           Mister Nosey / by Roger Hargreaves.

Imprint:         [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                   in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:     32 p.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                   1980-03-28

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                   British material prev. pub. in the United Kingdom.

Basis of Claim:  New Matter: "Americanization of text, reduction from
                   thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:  C.O. correspondence.

ISBN:            0843108169

Names:           Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:    Text
```

Registration Number / Date:
                    TX0000511406 / 1980-05-06

Title:              Mister Quiet / by Roger Hargreaves.

Imprint:            [s.l.] : Ottenheimer Publishers ; LosAngeles : distributed
                    in the U. S. A. by Price/Stern/Sloan Publishers, c1980.

Description:        32 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1980

Date of Publication:
                    1980-03-28

Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                    British material prev. pub. in the United Kingdom.

Basis of Claim:     New Matter: "Americanization of text, reduction from
                    thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:     C.O. correspondence.

ISBN:               0843108037

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000903380 / 1982-01-27

Title:              Mister Rush / by Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1981

Date of Publication:
                    1981-12-11

Authorship on Application:

```
                      textual revisions & additions for American audience:
                         Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                      audience."

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:      Text

Registration Number / Date:
                      TX0000511397 / 1980-05-06

Title:             Mister Silly / by Roger Hargreaves.

Imprint:           [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                      in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:       32 p.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                   1980-03-28

Authorship on Application:
                   Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                   British material prev. pub. in the United Kingdom.

Basis of Claim:    New Matter: "Americanization of text, reduction from
                      thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:    C.O. correspondence.

ISBN:              0843108118

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
```

```
                           TX0000968474 / 1982-03-23

Title:                 Mister Silly joins the circus : a book to read and
color /
                          by Roger Hargreaves.

Imprint:               LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:           1 v.

Copyright Claimant:
                       Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                       1981-12-08

Authorship on Application:
                       Ottenheimer Publishers, Inc., employer for hire.

Names:                 Hargreaves, Roger
                       Ottenheimer Publishers, Inc.

==================================================================
=========

Type of Work:    Text

Registration Number / Date:
                       TX0000830972 / 1982-01-12

Title:                 Mister Silly's do's & don't's.

Imprint:               LosAngeles : Price/Stern/Sloan,  c1981.

Description:           1 v.

Copyright Claimant:
                       Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                       1981-06-25

Authorship on Application:
                       Ottenheimer Publishers, Inc., employer for hire.

ISBN:                  084310872X

Names:                 Hargreaves, Roger
                       Ottenheimer Publishers, Inc.

==================================================================
=========
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0000903382 / 1982-01-27

Title:                 Mister Slow / by Roger Hargreaves.

Description:           1 v.

Copyright Claimant:
                       Roger Hargreaves

Date of Creation: 1981

Date of Publication:
                       1981-12-11

Authorship on Application:
                       textual revisions & additions for American audience:
                          Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                          audience."

Names:                 Hargreaves, Roger
                       Ottenheimer Publishers, Inc.

====================================================================
=========

Type of Work:          Text

Registration Number / Date:
                       TX0000830970 / 1982-01-12

Title:                 Mister Small's baby animals.

Imprint:               LosAngeles : Price/Stern/Sloan,  c1981.

Description:           1 v.

Copyright Claimant:
                       Roger Hargreaves

Date of Creation: 1981

Date of Publication:
                       1981-06-25

Authorship on Application:
                       Ottenheimer Publishers, Inc., employer for hire.

ISBN:                  084310869X

Names:                 Hargreaves, Roger
                       Ottenheimer Publishers, Inc.
```

```
================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000903381 / 1982-01-27

Title:               Mister Strong / by Roger Hargreaves.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                     1981-12-11

Authorship on Application:
                     textual revisions & additions for American audience:
                        Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                        audience."

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000511395 / 1980-05-06

Title:               Mister Tickle / by Roger Hargreaves.

Imprint:             [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                        in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:         32 p.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                     1980-03-28
```

```
Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                    British material prev. pub. in the United Kingdom.

Basis of Claim:     New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32)"

Copyright Note:     C.O. correspondence.

ISBN:               0843108150

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

==================================================================
=========

Type of Work:       Visual Material

Registration Number / Date:
                    TX0000968479 / 1982-03-23

Title:              Mister Tickle goes shopping : a book to read and
color / by
                        Roger Hargreaves.

Imprint:            LosAngeles : Price/Stern/Sloan Publishers,  1982.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1981

Date of Publication:
                    1981-12-08

Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

==================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000830969 / 1982-01-12

Title:              Mister Tickle's toys.

Imprint:            LosAngeles : Price/Stern/Sloan,  c1981.
```

Description:          1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                     1981-06-25

Authorship on Application:
                     Ottenheimer Publishers, Inc., employer for hire.

ISBN:                0843108711

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:      Text

Registration Number / Date:
                     TX0000903379 / 1982-01-27

Title:               Mister Uppity / by Roger Hargreaves.

Description:          1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                     1981-12-11

Authorship on Application:
                     textual revisions & additions for American audience:
                        Ottenheimer Publishers, Inc., employer for hire.

Basis of Claim:    New Matter: "textual revisions & additions for
American
                        audience."

Names:               Hargreaves, Roger
                     Ottenheimer Publishers, Inc.

================================================================================
=========

Type of Work:      Text

Registration Number / Date:
                     TX0000511391 / 1980-05-06

```
Title:              Mister Worry / by Roger Hargreaves.

Imprint:            [s.l.] : Ottenheimer Publishers ; LosAngeles :
distributed
                    in the U. S. A. by Price/Stern/Sloan Publishers,
c1980.

Description:        32 p.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation: 1980

Date of Publication:
                    1980-03-28

Authorship on Application:
                    Ottenheimer Publishers, Inc., employer for hire.

Previous Registration:
                    British material prev. pub. in the United Kingdom.

Basis of Claim:     New Matter: "Americanization of text, reduction from
                        thirty-six (36) pages to thirty-two (32) pages."

Copyright Note:     C.O. correspondence.

ISBN:               0843108002

Names:              Hargreaves, Roger
                    Ottenheimer Publishers, Inc.

=====================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000903383 / 1982-01-27

Title:              Mister Wrong / by Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation: 1981

Date of Publication:
                    1981-12-11

Authorship on Application:
                    textual revisions & additions for American audience:
                        Ottenheimer Publishers, Inc., employer for hire.
```

Basis of Claim:    New Matter: "textual revisions & additions for American
                        audience."

Names:             Hargreaves, Roger
                   Ottenheimer Publishers, Inc.

================================================================================

Type of Work:     Text

Registration Number / Date:
                   TX0003756535 / 1994-02-23

Title:            Mr. Bump : a pop-up adventure / by Roger Hargreaves ;
                        illustrated by Adam Hargreaves.

Imprint:          Los Angeles : Price Stern Sloan,  c1993.

Description:      1 v.

Copyright Claimant:
                   Intervisual Books, Inc. (employer for hire)

Date of Creation: 1993

Date of Publication:
                   1993-07-25

Names:            Hargreaves, Roger
                   Hargreaves, Adam
                   Intervisual Books, Inc.

================================================================================

Type of Work:     Visual Material

Registration Number / Date:
                   TX0001662343 / 1985-09-20

Title:            Mr. Chatterbox.

Imprint:          Los Angeles : Price/Stern/Sloan,  c1982.

Description:      puzzle.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation: 1981

Date of Publication:
                   1981-04-03

```
Authorship on Application:
                    artwork: Roger Hargreaves.

Other Title:        Mister Chatterbox

Names:              Hargreaves, Roger

=====================================================================
=========

Type of Work:     Text

Registration Number / Date:
                    TX0003741325 / 1994-02-23

Title:            Mr. Funny : a pop-up adventure / by Roger Hargreaves
;
                    illustrated by Adam Hargreaves ; paper
engineering by
                    Ariel Apte.

Imprint:          Santa Monica, CA : Intervisual Books,  1993.

Description:      1 v.

Copyright Claimant:
                    Intervisual Books, Inc. (employer for hire for text
& ill.)

Date of Creation: 1993

Date of Publication:
                    1993-07-25

Other Title:      Mister Funny

Names:            Hargreaves, Roger
                  Hargreaves, Adam
                  Apte, Ariel
                  Intervisual Books, Inc.

=====================================================================
=========

Type of Work:     Visual Material

Registration Number / Date:
                    TX0001688548 / 1985-10-18

Application Title: Mr. Happy puzzle.

Title:            Mr. Happy.

Description:      jigsaw puzzle.

Copyright Claimant:
```

Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-04-17

Copyright Note:    C.O. correspondence.

Other Title:       Mister Happy

Names:             Hargreaves, Roger

================================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                    TX0001662340 / 1985-09-20

Title:             Mr. Impossible.

Imprint:           Los Angeles : Price/Stern/Sloan,  c1982.

Description:       puzzle.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-04-17

Authorship on Application:
                    artwork: Roger Hargreaves.

Other Title:       Mister Impossible

Names:             Hargreaves, Roger

================================================================================
=========

Type of Work:      Kit

Registration Number / Date:
                    PA0000343794 / 1987-09-28

Title:             Mr. Men and Little Miss descubren colores y formas /
                    productora de la edicion en Espanol, Sali Sierra
;
                    escritora/productora, Kathryn Hallenstein.

Imprint:           Chicago : SVC,  c1987.

```
Description:           1 kit.

Series:                Basic skill boosters ; 20325-SPTC

Copyright Claimant:
                       Roger Hargreaves

Date of Creation:  1987

Date of Publication:
                       1987-07-17

Authorship on Application:
                       new filmstrip, sounds, text, some artwork: Society
for
                          Visual Education, Inc., employer for hire.

Previous Registration:
                       Mr. Men and Little Miss discover colors, shapes, and
the
                          alphabet  prev. reg. 1985, PA 289-771.

Basis of Claim:    New Matter: Spanish version of English; new
filmstrip, text
                          & cassettes; skill boosters.

Copyright Note:    C.O. correspondence.

Other Title:       Basic skill boosters ; 20325-SPTC
                   Mr. Men and Little Miss discover colors, shapes, and
the
                          alphabet

Names:             Sierra, Sali
                   Hallenstein, Kathryn
                   Hargreaves, Roger
                   Society for Visual Education, Inc.
                   SVE.

===================================================================
=========

Type of Work:      Kit

Registration Number / Date:
                   PA0000289771 / 1985-12-17

Title:             Mr. Men and Little Miss discover colors, shapes, and
the
                          alphabet / produced and distributed by Society
for
                          Visual Education, Inc. ; writer/producer, Kathryn
                          Hallenstein.

Imprint:           Chicago : SVE,  c1985.
```

```
Description:        3 filmstrips, 3 sound cassettes, printed material,
in
                        container.

Notes:              Based on characters created by Roger Hargreaves.
                    "20325-SATC."

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1985

Date of Publication:
                    1985-11-27

Authorship on Application:
                    photography on filmstrips, sound & recorded text,
printed
                     material: Society for Visual Education, Inc.,
employer
                     for hire.

Basis of Claim:    New Matter: filmstrips, cassettes, printed material.

Copyright Note:    C.O. correspondence.

Names:              Hallenstein, Kathryn
                    Hargreaves, Roger
                    Society for Visual Education, Inc.

========================================================================
=========

Type of Work:      Dramatic Work and Music; or Choreography

Registration Number / Date:
                    PA0000335010 / 1987-08-12

Title:              Mr. Men musical / book, music, and lyrics by Malcolm
                        Sircom.

Imprint:            London ; New York : S. French,  c1986.

Description:        2 v.

Notes:              Based on characters created by Roger Hargreaves.

Copyright Claimant:
                    Uppity Stage Company, Ltd. on book & lyrics;

Date of Creation:  1985

Date of Publication:
                    1986-12-31

Copyright Note:    C.O. correspondence.
```

```
Names:                  Sircom, Malcolm
                        Hargreaves, Roger
                        Uppity Stage Company, Ltd.

================================================================
=========

Type of Work:     Visual Material

Registration Number / Date:
                  TX0001662344 / 1985-09-20

Title:            Mr. Noisy.

Imprint:          Los Angeles : Price/Stern/Sloan,  c1982.

Description:      puzzle.

Copyright Claimant:
                  Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                  1981-04-03

Authorship on Application:
                  artwork: Roger Hargreaves.

Other Title:      Mister Noisy

Names:            Hargreaves, Roger

================================================================
=========

Type of Work:     Text

Registration Number / Date:
                  TX0003832845 / 1994-02-23

Title:            Mr. Nonsense : a pop-up adventure / by Roger
Hargreaves ;
                     designed by Jan Z. Haber ; illustrated by Adam
                     Hargreaves.

Description:      1 v.

Copyright Claimant:
                  on text & ill.; Intervisual Books, Inc. (employer
for hire
                     of R. & A. Hargreaves)

Date of Creation:  1993

Date of Publication:
                  1993-07-11
```

```
Names:              Hargreaves, Roger
                    Haber, Jan Z.
                    Hargreaves, Adam
                    Intervisual Books, Inc.
```

================================================================================
=========

Type of Work:       Visual Material

Registration Number / Date:
                    TX0001662342 / 1985-09-20

Title:              Mr. Silly.

Imprint:            Los Angeles : Price/Stern/Sloan,  c1982.

Description:        puzzle.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1981

Date of Publication:
                    1981-06-25

Authorship on Application:
                    artwork: Roger Hargreaves.

Other Title:        Mister Silly

Names:              Hargreaves, Roger

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0003783112 / 1994-02-23

Title:              Mr. Silly : a pop-up adventure / by Roger
Hargreaves.

Description:        1 v.

Copyright Claimant:
                    on text & ill.: Intervisual Books, Inc. (employer
for hire
                        of Roger Hargreaves & Adam Hargreaves)

Date of Creation:   1993

Date of Publication:
                    1993-07-25

```
Names:              Hargreaves, Roger
                    Hargreaves, Adam
                    Intervisual Books, Inc.

================================================================
=========

Type of Work:       Visual Material

Registration Number / Date:
                    TX0001662341 / 1985-09-20

Title:              Mr. Tickle.

Imprint:            Los Angeles : Price/Stern/Sloan,  c1982.

Description:        puzzle.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1981

Date of Publication:
                    1981-06-25

Authorship on Application:
                    artwork: Roger Hargreaves.

Other Title:        Mister Tickle

Names:              Hargreaves, Roger

================================================================
=========


Type of Work:       Text

Registration Number / Date:
                    TX0001370626 / 1984-06-22

Title:              Playground fun, paint with water / by Roger
Hargreaves.

Imprint:            LosAngeles : Price/Stern/Sloan,  c1984.

Description:        1 v.

Series:             Mister Men & Little Miss

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1984
```

```
Date of Publication:
                        1984-06-12

Names:                  Hargreaves, Roger

====================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                        TX0001363625 / 1984-06-22

Title:             Shopping fun : paint with water / by Roger
Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan,  c1984.

Description:       1 v.

Series:            Mister Men & Little Miss

Copyright Claimant:
                        Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                        1984-06-12

Other Title:       Mister Men & Little Miss

Names:             Hargreaves, Roger

====================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                        TX0001363626 / 1984-06-22

Title:             Special days : paint with water / by Roger
Hargreaves.

Imprint:           LosAngeles : Price/Stern/Sloan,  c1984.

Description:       1 v.

Series:            Mister Men & Little Miss

Copyright Claimant:
                        Roger Hargreaves

Date of Creation:  1984

Date of Publication:
```

```
                          1984-06-12

Other Title:          Mister Men & Little Miss

Names:                Hargreaves, Roger

======================================================================
=========

Type of Work:      Text

Registration Number / Date:
                      TX0000717746 / 1981-06-26

Title:                Little Miss Bossy / Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                      1981-03-31

ISBN:                 0859851826

Names:                Hargreaves, Roger, 1935-

======================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                      TX0001551176 / 1985-04-01

Title:                Little Miss Chatterbox / by Roger Hargreaves.

Imprint:              Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:       1 v.

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                      1984-09-04

Names:                Hargreaves, Roger, 1935-

======================================================================
=========
```

Type of Work:        Visual Material

Registration Number / Date:
                     TX0001551170 / 1985-04-01

Title:               Little Miss Contrary / by Roger Hargreaves.

Imprint:             Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-09-04

Names:               Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:        Visual Material

Registration Number / Date:
                     TX0001551172 / 1985-04-01

Title:               Little Miss Dotty / by Roger Hargreaves.

Imprint:             Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-09-04

Names:               Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:        Visual Material

Registration Number / Date:
                     TX0001551174 / 1985-04-01

Title:               Little Miss Fickle / by Roger Hargreaves.

Imprint:             Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:          1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-09-04

Names:               Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:     Visual Material

Registration Number / Date:
                     TX0001551177 / 1985-04-01

Title:               Little Miss Giggles / by Roger Hargreaves.

Imprint:             Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:          1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                     1984-09-04

Names:               Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:     Text

Registration Number / Date:
                     TX0000717748 / 1981-06-26

Title:               Little Miss Helpful / Roger Hargreaves.

Description:          1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                     1981-03-31

ISBN:                0859851850

```
Names:             Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:      Text

Registration Number / Date:
                   TX0000717743 / 1981-06-26

Title:             Little Miss Late / Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                   1981-03-31

ISBN:              0859851842

Names:             Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
                   TX0001551175 / 1985-04-01

Title:             Little Miss Lucky / by Roger Hargreaves.

Imprint:           Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                   1984-09-04

Names:             Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:      Visual Material

Registration Number / Date:
```

```
                         TX0001551178 / 1985-04-01

Title:               Little Miss Magic / by Roger Hargreaves.

Imprint:             London : Thurman Pub., c1984.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1982

Date of Publication:
                     1983-01-11

Names:               Hargreaves, Roger, 1935-

=================================================================
=========

Type of Work:     Text

Registration Number / Date:
                     TX0000717749 / 1981-06-26

Title:               Little Miss Naughty / Roger Hargreaves.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                     1981-03-31

ISBN:                0859851796

Names:               Hargreaves, Roger, 1935-

=================================================================
=========

Type of Work:     Text

Registration Number / Date:
                     TX0000717745 / 1981-06-26

Title:               Little Miss Neat / Roger Hargreaves.

Description:         1 v.

Copyright Claimant:
                     Roger Hargreaves
```

Date of Creation:  1980

Date of Publication:
                   1981-03-31

ISBN:              0859851818

Names:             Hargreaves, Roger, 1935-

================================================================================

Type of Work:      Text

Registration Number / Date:
                   TX0000717744 / 1981-06-26

Title:             Little Miss Plump / Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                   1981-03-31

ISBN:              0859851885

Names:             Hargreaves, Roger, 1935-

================================================================================

Type of Work:      Text

Registration Number / Date:
                   TX0000717747 / 1981-06-26

Title:             Little Miss Scatterbrain / Roger Hargreaves.

Description:       1 v.

Copyright Claimant:
                   Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                   1981-03-31

ISBN:              0859851877

Names:             Hargreaves, Roger, 1935-

```
================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000717738 / 1981-06-26

Title:              Little Miss Shy / Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                    1981-03-31

ISBN:               0859851893

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000717741 / 1981-06-26

Title:              Little Miss Splendid / Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                    1981-03-31

ISBN:               085985180X

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:       Visual Material

Registration Number / Date:
                    TX0001551173 / 1985-04-01

Title:              Little Miss Star / by Roger Hargreaves.
```

```
Imprint:            London : Thurman Pub.,  c1984.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                    1984-09-04

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000717742 / 1981-06-26

Title:              Little Miss Sunshine / Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                    1981-03-31

ISBN:               0859851834

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000717740 / 1981-06-26

Title:              Little Miss Tiny / Roger Hargreaves.

Description:        1 v.

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1980

Date of Publication:
```

```
                         1981-03-31

ISBN:                    0859851869

Names:                   Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:    Text

Registration Number / Date:
                 TX0000717739 / 1981-06-26

Title:           Little Miss Trouble / Roger Hargreaves.

Description:     1 v.

Copyright Claimant:
                 Roger Hargreaves

Date of Creation:  1980

Date of Publication:
                 1981-03-31

ISBN:            0859851788

Names:           Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:    Visual Material

Registration Number / Date:
                 TX0001551171 / 1985-04-01

Title:           Little Miss Twins / by Roger Hargreaves.

Imprint:         Bromley, [United Kingdom] : Thurman Pub.,  c1984.

Description:     1 v.

Copyright Claimant:
                 Roger Hargreaves

Date of Creation:  1984

Date of Publication:
                 1984-09-04

Names:           Hargreaves, Roger, 1935-

================================================================
=========
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0000708741 / 1981-06-11

Title:               Mister Bounce / by Roger Hargreaves.

Imprint:             London : Thurman Pub., c1976.

Description:         1 v.

Series:              The Mister Men series

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1976

Date of Publication:
                     1976-06-30

ISBN:                085985048X

Names:               Hargreaves, Roger, 1935-

======================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000708762 / 1981-06-11

Title:               Mister Bump / by Roger Hargreaves.

Imprint:             London : Thurman Pub., c1971.

Description:         1 v.

Series:              The Mister men series

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:    1971

Date of Publication:
                     1971-04-30

ISBN:                0859850838

Names:               Hargreaves, Roger, 1935-

======================================================================
=========

Type of Work:        Text
```

Registration Number / Date:
                    TX0000708743 / 1981-06-11

Title:              Mister Busy / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1978.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               0859851060

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:     Text

Registration Number / Date:
                    TX0000708767 / 1981-06-11

Title:              Mister Chatterbox / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1976.

Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1976

Date of Publication:
                    1976-06-30

ISBN:               0859850463

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:     Text

```
Registration Number / Date:
                    TX0000708749 / 1981-06-11

Title:              Mister Clever / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1978.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               0859851052

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708746 / 1981-06-11

Title:              Mister Clumsy / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1978.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               0859850951

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:       Text

Registration Number / Date:
```

```
                    TX0000708753 / 1981-06-11

Title:           Mister Daydream / by Roger Hargreaves.

Imprint:         London : Thurman Pub., c1972.

Description:     1 v.

Series:          The Mister Men series

Copyright Claimant:
                 Roger Hargreaves

Date of Creation: 1972

Date of Publication:
                    1972-12-31

ISBN:            0859850897

Names:           Hargreaves, Roger, 1935-

====================================================================
=========

Type of Work:    Text

Registration Number / Date:
                    TX0000708736 / 1981-06-11

Title:           Mister Dizzy / by Roger Hargreaves.

Imprint:         London : Thurman Pub., c1976.

Description:     1 v.

Series:          The Mister Men series

Copyright Claimant:
                 Roger Hargreaves

Date of Creation: 1976

Date of Publication:
                    1976-06-30

ISBN:            0859850501

Names:           Hargreaves, Roger, 1935-

====================================================================
=========

Type of Work:    Text

Registration Number / Date:
                    TX0000708738 / 1981-06-11
```

```
Title:              Mister Forgetful / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1976.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation: 1976

Date of Publication:
                    1976-06-30

ISBN:               0859850404

Names:              Hargreaves, Roger, 1935-

===================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708758 / 1981-06-11

Title:              Mister Funny / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1976.

Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation: 1976

Date of Publication:
                    1976-06-30

ISBN:               0859850447

Names:              Hargreaves, Roger, 1935-

===================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708747 / 1981-06-11
```

```
Title:              Mister Fussy / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1976.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1976

Date of Publication:
                    1976-06-30

ISBN:               0859850471

Names:              Hargreaves, Roger, 1935-
```

====================================================================
=========

```
Type of Work:       Text

Registration Number / Date:
                    TX0000708752 / 1981-06-11

Title:              Mister Greedy / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1971.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1971

Date of Publication:
                    1971-04-30

ISBN:               0859850846

Names:              Hargreaves, Roger, 1935-
```

====================================================================
=========

```
Type of Work:       Text

Registration Number / Date:
                    TX0000708763 / 1981-06-11

Title:              Mister Grumpy / by Roger Hargreaves.
```

```
Imprint:            London : Thurman Pub.,  c1978.

Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               0859850943

Names:              Hargreaves, Roger, 1935-

======================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708730 / 1981-06-11

Title:              Mister Happy / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1971.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1971

Date of Publication:
                    1971-04-30

ISBN:               0859850919

Names:              Hargreaves, Roger, 1935-

======================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708737 / 1981-06-11

Title:              Mister Impossible / by Roger Hargreaves.
```

```
Imprint:              London : Thurman Pub.,  c1976.

Description:          1 v.

Series:               The Mister Men series

Copyright Claimant:
                      Roger Hargreaves

Date of Creation: 1976

Date of Publication:
                      1976-06-30

ISBN:                 085985051X

Names:                Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:    Text

Registration Number / Date:
                      TX0000708745 / 1981-06-11

Title:                Mister Jelly / by Roger Hargreaves.

Imprint:              London : Thurman Pub.,  c1976.

Description:          1 v.

Series:               The Mister Men series

Copyright Claimant:
                      Roger Hargreaves

Date of Creation: 1976

Date of Publication:
                      1976-06-30

ISBN:                 0859850412

Names:                Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:    Text

Registration Number / Date:
                      TX0000708739 / 1981-06-11

Title:                Mister Lazy / by Roger Hargreaves.

Imprint:              London : Thurman Pub.,  c1976.
```

Description:          1 v.

Series:              The Mister Men series

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1976

Date of Publication:
                     1976-06-30

ISBN:                0859850439

Names:               Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000708744 / 1981-06-11

Title:               Mister Mean / by Roger Hargreaves.

Imprint:             London : Thurman Pub.,  c1976.

Description:          1 v.

Series:              The Mister Men series

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1976

Date of Publication:
                     1976-06-30

ISBN:                0859850455

Names:               Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:        Text

Registration Number / Date:
                     TX0000708761 / 1981-06-11

Title:               Mister Messy / by Roger Hargreaves.

Imprint:             London : Thurman Pub.,  c1972.

```
Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1972

Date of Publication:
                    1972-12-31

ISBN:               0859850811

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708731 / 1981-06-11

Title:              Mister Mischief / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1978.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1978

Date of Publication:
                    1978-07-31

ISBN:               0859851044

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708765 / 1981-06-11

Title:              Mister Muddle / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1976.

Description:        1 v.
```

```
Series:               The Mister men series

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1976

Date of Publication:
                      1976-06-30

ISBN:                 0859850498

Names:                Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:    Text

Registration Number / Date:
                      TX0000708759 / 1981-06-11

Title:                Mister Noisy / by Roger Hargreaves.

Imprint:              London : Thurman Pub.,  c1976.

Description:          1 v.

Series:               The Mister men series

Copyright Claimant:
                      Roger Hargreaves

Date of Creation:  1976

Date of Publication:
                      1976-06-30

ISBN:                 0859850420

Names:                Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:    Text

Registration Number / Date:
                      TX0000708735 / 1981-06-11

Title:                Mister Nonsense / by Roger Hargreaves.

Imprint:              London : Thurman Pub.,  c1978.

Description:          1 v.
```

Series:                The Mister Men series

Copyright Claimant:
                       Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                       1978-07-31

ISBN:                  085985101X

Names:                 Hargreaves, Roger, 1935-

================================================================================

Type of Work:      Text

Registration Number / Date:
                       TX0000708755 / 1981-06-11

Title:                 Mister Nosey / by Roger Hargreaves.

Imprint:               London : Thurman Pub.,  c1971.

Description:       1 v.

Series:                The Mister men series

Copyright Claimant:
                       Roger Hargreaves

Date of Creation:  1971

Date of Publication:
                       1971-04-30

ISBN:                  0859850854

Names:                 Hargreaves, Roger, 1935-

================================================================================

Type of Work:      Text

Registration Number / Date:
                       TX0000708740 / 1981-06-11

Title:                 Mister Quiet / by Roger Hargreaves.

Imprint:               London : Thurman Pub.,  c1978.

Description:       1 v.

Series:                The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:              0859850978

Names:             Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:      Text

Registration Number / Date:
                    TX0000708734 / 1981-06-11

Title:             Mister Rush / by Roger Hargreaves.

Imprint:           London : Thurman Pub., c1978.

Description:       1 v.

Series:            The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:              0859850986

Names:             Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:      Text

Registration Number / Date:
                    TX0000708729 / 1981-06-11

Title:             Mister Silly / by Roger Hargreaves.

Imprint:           London : Thurman Pub., c1972.

Description:       1 v.

Series:            The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1972

Date of Publication:
                    1972-12-31

ISBN:               085985082X

Names:              Hargreaves, Roger, 1935-

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708732 / 1981-06-11

Title:              Mister Skinny / by Roger Hargreaves.

Imprint:            London : Thurman Pub., c1978.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               0859851036

Names:              Hargreaves, Roger, 1935-
                    Hargreaves, Rogrr

================================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708766 / 1981-06-11

Title:              Mister Slow / by Roger Hargreaves.

Imprint:            London : Thurman Pub., c1978.

Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               085985096X

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:     Text

Registration Number / Date:
                    TX0000708760 / 1981-06-11

Title:            Mister Small / by Roger Hargreaves.

Imprint:          London : Thurman Pub.,  c1972.

Description:      1 v.

Series:           The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1972

Date of Publication:
                    1972-12-31

ISBN:               0859850889

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:     Text

Registration Number / Date:
                    TX0000708756 / 1981-06-11

Title:            Mister Sneeze / by Roger Hargreaves.

Imprint:          London : Thurman Pub.,  c1971.

Description:      1 v.

Series:           The Mister men series

Copyright Claimant:

                         Roger Hargreaves

Date of Creation:  1971

Date of Publication:
                     1971-04-30

ISBN:              0859850862

Names:             Hargreaves, Roger, 1935-

=======================================================================
=========

Type of Work:      Text

Registration Number / Date:
                     TX0000708748 / 1981-06-11

Title:             Mister Snow / by Roger Hargreaves.

Imprint:           London : Thurman Pub.,  c1971.

Description:       1 v.

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1971

Date of Publication:
                     1971-11-30

ISBN:              0859850935

Names:             Hargreaves, Roger, 1935-

=======================================================================
=========

Type of Work:      Text

Registration Number / Date:
                     TX0000708764 / 1981-06-11

Title:             Mister Strong / by Roger Hargreaves.

Imprint:           London : Thurman Pub.,  c1976.

Description:       1 v.

Series:            The Mister men series

Copyright Claimant:
                     Roger Hargreaves

Date of Creation:  1976

```
Date of Publication:
                    1976-06-30

ISBN:               0859850528

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708733 / 1981-06-11

Title:              Mister Tall / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1978.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                    1978-07-31

ISBN:               0859850994

Names:              Hargreaves, Roger, 1935-

================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708754 / 1981-06-11

Title:              Mister Tickle / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1971.

Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:  1971
```

```
Date of Publication:
                    1971-04-30

ISBN:               0859850900

Names:              Hargreaves, Roger, 1935-

=====================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708751 / 1981-06-11

Title:              Mister Topsy-Turvy / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1972.

Description:        1 v.

Series:             The Mister Men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1972

Date of Publication:
                    1972-12-31

ISBN:               0859850927

Names:              Hargreaves, Roger, 1935-

=====================================================================
=========

Type of Work:       Text

Registration Number / Date:
                    TX0000708757 / 1981-06-11

Title:              Mister Uppity / by Roger Hargreaves.

Imprint:            London : Thurman Pub.,  c1972.

Description:        1 v.

Series:             The Mister men series

Copyright Claimant:
                    Roger Hargreaves

Date of Creation:   1972

Date of Publication:
```

```
                          1972-12-31

ISBN:                0859850870

Names:               Hargreaves, Roger, 1935-

===================================================================
=========

Type of Work:     Text

Registration Number / Date:
                  TX0000708742 / 1981-06-11

Title:            Mister Worry / by Roger Hargreaves.

Imprint:          London : Thurman Pub.,  c1978.

Description:      1 v.

Series:           The Mister Men series

Copyright Claimant:
                  Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                  1978-07-31

ISBN:             0859851001

Names:            Hargreaves, Roger, 1935-

===================================================================
=========

Type of Work:     Text

Registration Number / Date:
                  TX0000708750 / 1981-06-11

Title:            Mister Wrong / by Roger Hargreaves.

Imprint:          London : Thurman Pub.,  c1978.

Description:      1 v.

Series:           The Mister Men series

Copyright Claimant:
                  Roger Hargreaves

Date of Creation:  1978

Date of Publication:
                  1978-07-31
```

```
ISBN:              0859851028

Names:             Hargreaves, Roger, 1935-

======================================================================
=========
```

Exhibit 3

Int. Cls.: 6, 9, 14, 16, 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 5, 12, 13, 14, 21, 22, 23, 25, 26, 27, 28, 29, 36, 37, 38, 39, 41 and 50

## United States Patent and Trademark Office

Reg. No. 2,233,157
Registered Mar. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



MR.MEN     LITTLE MISS

HARGREAVES, MARGARET CHRISTINE (UNITED KINGDOM CITIZEN)
PILBEAMS, BLACKHAM, TURNBRIDGE WELLS
KENT TN3 9UP, ENGLAND

FOR: METAL KEY RINGS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: AUDIO AND VIDEO TAPES, FILMS AND DISCS, COMPACT DISCS, LASER DISCS, FLOPPY DISCS, HARD DISCS, OPTICAL DISCS, DISC AND DATA CARRIERS, PHONOGRAPH RECORDS, MAGNETIC AND DIGITAL TAPES, ALL FEATURING MUSICAL, MUSICAL SOUND RECORDINGS, MUSICAL VIDEO RECORDINGS AND VIDEO RECORDINGS FEATURING CARTOON CHARACTERS, OPTIONALLY ALSO WITH LIVE ACTION SEQUENCES AND/OR IMAGES; JACKETS FOR VIDEO CASSETTES; RADIOS, AUDIO CASSETTE RECORDERS, VIDEO CASSETTE RECORDERS; CALCULATORS, SUNGLASSES, OFFICE REQUISITES, NAMELY, COMPUTER MOUSE MATS AND COMPUTER WRIST MATS; VIDEO GAMES AND VIDEO GAMES MACHINES FOR USE WITH TELEVISIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, COSTUME JEWELRY, WATCHES, WATCH STRAPS AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BOOKS AND MAGAZINES ALL FOR CHILDREN, COMIC BOOKS, COMIC STRIPS IN GENERAL, CHILDREN'S ACTIVITY BOOKS, POP-UP BOOKS, POSTERS, PAPER BANNERS AND WALL HANGINGS MADE OF PAPER OR CARDBOARD, PAPER PHOTOGRAPH FRAMES, GREETING CARDS, WRAPPING PAPER, PAPER TAGS, MOUNTED PHOTOGRAPHS, UNMOUNTED PHOTOGRAPHS, STATIONERY, NOTEPAPER, ENVELOPES, PENS, PENCILS, PENCIL CASES, PEN CASES, ARTISTS' MATERIALS, NAMELY, PAINTING SETS FOR ARTISTS, ARTISTS' PENCILS, ARTISTS' BRUSHES, ARTISTS' PENS, STENCILS, POSTER ART SETS, PAINT BOXES, PAINT BRUSHES, COLORING MATERIALS, NAMELY, CRAYONS, PAINTS, FELT TIP PENS, COLORING PENCILS, MARKER PENS, HIGHLIGHTERS AND BRUSH PENS, IE, INK PENS WITH A BRUSH NIP, ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; MODELING MATERIALS AND COMPOUNDS FOR USE BY CHILDREN, STAMP PADS AND INK THEREFOR, WRITING INK, FIGURES MADE OF RESIN OR PLASTIC DESIGNED TO BE PLACED ON THE CAPS OF PENS OR PENCILS; PAPER NAPKINS AND PAPER TABLE CLOTHS; PRINTED TICKETS, PRINTED SOUVENIR PROGRAMS, FLYERS, POSTERS, LEAFLETS, BROCHURES, PAMPHLETS AND

2                                                2,233,157

BOOKLETS COMMEMORATING CHARITABLE EVENTS; PAPER AND CARDBOARD BAGS AND BOXES FOR PACKAGING; GIFT RIBBON; PRINTED INSTRUCTIONAL, EDUCATIONAL AND TEACHING MATERIAL ALL FOR USE WITH INFANTS, BABIES AND CHILDREN; PLAYING CARDS, COASTERS MADE OF PAPER, TABLE MATS MADE OF PAPER, PAPER PARTY HATS, STICKERS, PAPER AND PLASTIC TRANSFERS, NAMELY, RUB-ON, STICK-ON AND IRON-ON TEMPORARY TATTOOS, DECALCOMANIAS, CALENDARS, DIARIES, NOTEBOOKS; OFFICE REQUISITES, NAMELY, TYPE CORRECTING FLUID, PUNCHES, RUBBER BANDS, PAPER CLIPS, BINDER CLIPS AND FASTENERS, STAPLERS, TAPE DISPENSERS, ERASERS, PENCIL SHARPENERS, NOTE BINDERS AND FILES, MEMO PADS, SCISSORS, PAPER BINS; ELECTRIC TYPEWRITERS, PRINTING BLOCKS, RECEPTACLES FOR HOLDING RUBBER BANDS, PAPER CLIPS, BINDER CLIPS AND FASTENERS; DISPOSABLE DIAPERS, BATHROOM TISSUE, FACIAL TISSUES, PAPER HANDKERCHIEFS, ABSORBENT PAPER FOR USE IN THE KITCHEN; PLASTIC SANDWICH BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: SATCHELS, BACKPACKS, PURSES, WALLETS; BAGS, NAMELY, ALL PURPOSE SPORT AND ATHLETIC BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CLUTCH BAGS, DIAPER BAGS, DUFFEL BAGS, GENERAL PURPOSE BAGS, GYM BAGS, GARMENT BAGS, LEATHER SHOPPING BAGS, MESH SHOPPING BAGS, OVERNIGHT BAGS, SCHOOL BAGS, SHOULDER BAGS, TEXTILE SHOPPING BAGS, TOTE BAGS, BAGS FOR DISPOSABLE DIAPERS, TRAVEL-BAGS; FANNY PACKS, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR ADULTS AND CHILDREN, T-SHIRTS AND SWEATSHIRTS; FOOTWEAR; HEAD WEAR, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOY FIGURES REPRESENTING CARTOON CHARACTERS AND ACCESSORIES THEREFOR, ELECTRICAL AND MECHANICAL ACTION TOYS; SWIMMING AIDS, NAMELY, POOL RINGS, ARMFLOATS FOR RECREATIONAL USE, KICKERS, SWIM RINGS, SWIM SEATS, SWIM VESTS, DIVE RINGS, DIVE DISKS, AIRBEDS, INFLATABLE RIDE-ON TOYS; MASKS, SNORKELS, SWIM FINS, BEACH BALLS, PADDLING POOLS, PLAYMATS; DOLLS, ACTION FIGURES AND PLAY FIGURES, PLUSH TOYS, SOFT TOYS, BEANBAG TOYS, PUPPETS; TOYS FOR BABIES AND INFANTS, NAMELY, RATTLES, MOBILES, PLAY QUILTS AND ACTIVITY TOYS; TOYS DESIGNED TO BE ATTACHED TO CAR SEATS, STROLLERS, CRIBS, HIGH CHAIRS; PLAY SETS DESIGNED TO INTERACT WITH DOLLS, PLAY FIGURES AND ACTION FIGURES, MAKE-BELIEVE SETS, PLAY HOUSES, PLAY TEA SETS, VEHICLES FOR DOLLS, ACTION FIGURES AND PLAY FIGURES, CARRYING OR COLLECTING CASES FOR DOLLS, PLAY FIGURES AND ACTION FIGURES; TOY DRESSING-UP OUTFITS AND WEARABLE TOY ACCESSORIES; MAKE AND PLAY ACTIVITY TOYS, NAMELY, PLASTER MOLDING SETS, MODELING SETS, FELT PICTURE ACTIVITY SETS; WIPEAWAY SETS, GLITTER SETS, KNITTING SETS, ASSEMBLY AND CONSTRUCTION KITS, JOKES AND NOVELTY ITEMS, NAMELY, PAPER MASKS, RUDE NOISE-MAKERS, FALSE FACES, FALSE NOSES, FALSE EYEGLASSES, FALSE BEARDS, FALSE MUSTACHES, WIND UP TOYS, WATER SQUIRTING TOYS, MAGIC TRICKS, PARTY FAVORS IN THE NATURE OF SMALL TOYS, KALEIDOSCOPES, JIGSAW PUZZLES, MANIPULATIVE PUZZLES AND CUBE-TYPE PUZZLES; EQUIPMENT SOLD AS A UNIT FOR BOARD, CARD AND SKILL ACTION GAMES AND FLOOR GAMES, DOMINO SETS; CHRISTMAS TREE DECORATIONS (EXCEPT CONFECTIONERY OR ILLUMINATION ARTICLES); BICYCLE HELMETS, KNEE, ELBOW AND WRIST PROTECTORS FOR USE IN SKATING AND OTHER SPORTS; BATH BOOKS, NAMELY, BOOKS MADE OF PLASTIC AND FOAM TO BE READ AND PLAYED WITH BY CHILDREN IN THE BATH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2048573, FILED 12–13–1995, REG. NO. 2048573, DATED 9–20–1996, EXPIRES 12–13–2005.

SER. NO. 75–062,176, FILED 2–23–1996.

STANLEY I. OSBORNE, EXAMINING ATTORNEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-01-28 12:30:15 ET

**Serial Number:** 75062176 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2233157

**Mark**



**(words only):** MR. MEN LITTLE MISS

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2005-04-20

**Filing Date:** 1996-02-23

**Transformed into a National Application:** No

**Registration Date:** 1999-03-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-04-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. THE HARGREAVES ORGANISATION

**Address:**
THE HARGREAVES ORGANISATION
ALDWYCH HOUSE 81 ALDWYCH

LONDON WC2B 4HN
United Kingdom
**Legal Entity Type:** UNLIMITED LIABILITY COMPANY INCORPORATED UNDER THE LAWS
OF ENGLAND AND WALES
**State or Country Where Organized:** United Kingdom

## GOODS AND/OR SERVICES

**International Class:** 006
**Class Status:** Active
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Active
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 014
**Class Status:** Active
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
books for children
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 028
**Class Status:** Active
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**02.01.33** - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures
**02.03.26** - Grotesque women formed by letters, numbers, punctuation or geometric shapes
**04.07.03** - Geometric figures or combinations of geometric figures representing a person; Geometric figures representing a person; Geometric shapes forming a person; Person formed by geometric shapes

**Foreign Application Number:** 2048573
**Foreign Registration Number:** 2048573
**Foreign Registration Date:** 1996-09-20
**Country:** United Kingdom
**Foreign Filing Date:** 1995-12-13
**Foreign Expiration Date:** 2005-12-13

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-20 - Counter claim opp. for Proceeding No.

2007-04-25 - TEAS Change Of Correspondence Received

2006-08-09 - Assignment Of Ownership Not Updated Automatically

2005-09-22 - TEAS Change Of Correspondence Received

2005-04-20 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-04-20 - Assigned To Paralegal

2005-03-25 - Section 8 (6-year) and Section 15 Filed

2005-03-25 - PAPER RECEIVED

2004-02-25 - TEAS Change Of Correspondence Received

1999-09-17 - Section 7 correction issued

1999-04-19 - Section 7 amendment filed

1999-03-23 - Registered - Principal Register

1999-02-02 - ITU claim deleted

1999-01-20 - Notice of Allowance canceled

1998-07-21 - Notice of allowance - mailed

1998-04-28 - Published for opposition

1998-03-27 - Notice of publication

1998-02-12 - Approved for Pub - Principal Register (Initial exam)

1998-02-12 - Assigned To Examiner

1997-12-08 - Communication received from applicant

1997-08-20 - Non-final action mailed

1997-08-04 - Previous allowance count withdrawn

1997-07-28 - Approved for Pub - Principal Register (Initial exam)

1997-07-22 - Examiner's amendment mailed

1997-07-22 - Previous allowance count withdrawn

1997-07-21 - Approved for Pub - Principal Register (Initial exam)

1997-04-16 - Communication received from applicant

1996-10-25 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
J. SCOTT GERIEN

**Correspondent**
Evan M. Kent
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles CA 90064-1683
Phone Number: (310) 312-2000
Fax Number: (310) 231-8311

**Domestic Representative**
J. SCOTT GERIEN

---

Exhibit 4



















Exhibit 5

















Exhibit 6








SEARCH

VIEW CART

GO

0 ITEMS

DOWNLOADS & FUN     COMPANY INFO     YOUR ACCOUNT




NS

CTER

SORIES

TY TEES

EMS

& MACS

RY

elp

ere




SALE!
OUTING
BLE IN:
s Fitted
ee

OG

NTLY
ESTIONS

TODD

ACKING

Y POLICY

T

vid &

## LITTLE LOSERS - MR. CHEATER







Click on an image for a larger view

100% COTTON
50/50 HEATER
FINE RINGSPUN
JERSEY.

**$24.00**

STYLE  MEN'S TEES

COLOR  BLUE/HEATER
^ CHART

SIZE   S
^ CHART

QTY   1

**+ ADD TO CART**





MEN'S PREPRINTED     MEN'S PREPRINTED     MEN'S PREPRINTED
TEES - Little Losers  TEES - Little Losers  TEES - Little Losers
- Mr. Pimp            - Mr. Horny           - Mr. Loser

David & Goliath also recommends checking out these other great products.

Exhibit 7



# Urban Outfitters
## 526 Avenue of the Americas
## New York, NY 10011
## 646-638-1646
## January 10, 2008, 12:10 PM

# Urban Outfitters

- Men's Dept. – Shelf Display featuring 3 styles:

  - Mr. Pimp

  - Mr. Asshole

  - Mr. Stoner



Junk Food Little Miss Sunshine Tee on Women's Floor Display Table







