Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
T: 212-626-4100
F: 212-310-1600

*Attorneys for Plaintiff*
*THOIP (a Chorion Ltd. Co.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOIP (a Chorion Limited Company), | Case No. |
| Plaintiff, | |
| -against- | Rule 7.1 Statement |
| David and Goliath, Inc., | |
| Defendant. | |

Plaintiff THOIP, through its attorneys BAKER & McKENZIE LLP files its statement pursuant to Fed. R. Civ. P. 7.1 as follows:

1. Plaintiff THOIP is 100% owned by its parent company Mister Men Ltd. which is in turn 100% owned by Chorion Ltd.

Dated: January 29, 2008

BAKER & McKENZIE LLP

By: /s/ Marcella Ballard

Marcella Ballard
1114 Avenue of the Americas
New York, NY 10036
T: 212.626.4100
F: 212.310.1600