UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

THOIP (a Chorion Limited Company),  :

              Plaintiff,  :

        08 Civ. 0963 (SHS)

   -against-  :

        **NOTICE OF APPEARANCE**

DAVID AND GOLIATH, INC.,  :

        FILED ELECTRONICALLY

              Defendant.  :

  :

---------------------------------------------------------------- x

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein, and request that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
       February 14, 2007

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By:   /s/ Arlana S. Cohen

                                  Arlana S. Cohen (AC 9034)

                              1133 Avenue of the Americas
                              New York, New York 10036
                              212-790-9200

                              *Attorney for Defendant*

27535/057/820065.1