UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------  x

THOIP (a Chorion Limited Company),                           :

                        Plaintiff,                           :

                -against-                           :

DAVID AND GOLIATH, INC.,                           :

                    Defendant.                           :

                                      :

-------------------------------------------------------------------  x

08 Civ. 0963 (SHS)

**NOTICE OF APPEARANCE**

FILED ELECTRONICALLY

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein,

and request that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
        February 14, 2007

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By:    /s/ Kieran G. Doyle

                                  Kieran G. Doyle (KD 2940)

                            1133 Avenue of the Americas
                            New York, New York 10036
                            212-790-9200

                            *Attorney for Defendant*

27535/057/820072.1