UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

THOIP (a Chorion Limited Company),  :

                Plaintiff,  :

                08 Civ. 0963 (SHS) (GWG)

   -against-  :

**NOTICE OF MOTION**

DAVID AND GOLIATH, INC.,  :

                Defendant.  :

                               :

------------------------------------------------------------- x

     PLEASE TAKE NOTICE that Defendant hereby moves this Court, before the Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Fed. R. Civ. P. 12(e), granting Defendant's Motion for a More Definite Statement of Plaintiff's claims 1 through 7 of its Complaint. The motion is based on the pleadings herein and accompanying Memorandum of Law.

     Opposition and reply papers are due as set forth in Local Rule 6.1(b).

Dated:  New York, New York
         February 28, 2008

                                          Respectfully submitted,

                                          COWAN, LIEBOWITZ & LATMAN, P.C.

                                          By: _____
                                              Arlana S. Cohen (AC-9034)
                                              Kieran G. Doyle (KD-2940)
                                        1133 Avenue of the Americas
                                        New York, New York 10036
                                        (212) 790-9200
                                        Attorneys for Defendant

27535/057/821288.1