AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

**APPEARANCE**

Case Number: 1:08-cv-963

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Thoip

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/11/2008 | _Lisa W. Rosaya_ (signature) |
| Date | Signature |
| | Lisa W. Rosaya — LR-1234 |
| | Print Name — Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 626-4100    (212) 310-1600 |
| | Phone Number    Fax Number |