```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THOIP,                              :       08 Civ. 963 (SHS)

                Plaintiff,  :

      -against-                  :       ORDER

DAVID AND GOLIATH, INC.,            :

                Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Defendant's motion for a more definite statement [6] is denied;

2. Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before April 25, 2008;

3. The last day for defendant to answer or move in response to the complaint is extended to June 10, 2008;

4. There will be a pretrial conference on June 27, 2008, at 10:00 a.m.; and

5. The last day for completion of fact discovery is October 31, 2008.

Dated: New York, New York
       April 11, 2008

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.