```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 6/26/08
------------------------------------------------------------x

THOIP,                                  :    08 Civ. 963 (SHS)

                    Plaintiff,          :

        -against-                       :    ORDER

DAVID AND GOLIATH, INC.,                :

                    Defendant.          :

------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

      At the request of the parties,

      IT IS HEREBY ORDERED that the June 27 conference is adjourned to July 17, 2008, unless a stipulation of dismissal has been submitted before that date. There will be no further adjournments of this conference.

Dated: New York, New York
       June 26, 2008

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.